MILLER, survivor, etc., v. EGGERT, sheriff, etc., *et al.*, appellant.

APPEAL from an order at special term setting aside judgment.

*D. F. Clark*, for appellant.

*John Ganson*, for respondent.

E. D. SMITH, J.

Decision suspended until the next term of this court for the purpose of allowing an application in the mean time to the court of appeals for relief.